1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEOFFREY ROBERT LAWSON,

    Plaintiff,

  v.

OCWEN LOAN SERVICING, LLC, et al.,

    Defendants.

CASE NO. C10-5481BHS

ORDER

16
17
18
19

    This matter comes before the Court on Defendants' motion to extend deadlines (Dkt. 36) and Plaintiff's motion for extension of time (Dkt. 33). The Court has considered the pleadings filed in support of the motions and the remainder of the file and hereby grants the motions for the reasons stated herein.

20
21
22
23
24
25
26
27
28

    On September 24, 2010, Defendants filed a motion to dismiss this action under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Dkt. 25. On October 21, 2010, Defendants filed their motion to extend the deadlines related to the Rule 26(f) conference, initial disclosures, and the filing of a joint status report until after the Court has ruled on Defendants' motion to dismiss. Dkt. 36. In addition, on October 19, 2010, Lawson filed his own motion for extension of time regarding the filing of the joint status report and discovery plan. Dkt. 33. Although Lawson did not specify in his motion the date he wished to have the deadlines extended to, he also did not file an opposition to

ORDER - 1

Defendants' motion seeking to have the deadlines extended until after the Court rules on their motion to dismiss.

Therefore, the Court hereby **ORDERS** that Defendants' motion for extension of the deadlines (Dkt. 36) and Lawson's motion for extension of time (Dkt. 33) are **GRANTED** and the Court will re-set the deadlines following its ruling on Defendants' motion to dismiss.

DATED this 2nd day of November 2010.

BENJAMIN H. SETTLE
United States District Judge